**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FORK FOOD LAB,**[1] | **Case No. 26-20104** |
| **Debtor.** | |

**STATUS REPORT OF DEBTOR**
**IN ACCORDANCE WITH 11 U.S.C. § 1188(c)**

Fork Food Lab, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), submits the following status report in accordance with § 1188(c) of title 11 of the United States Code (the "**Bankruptcy Code**") and this Court's *Order Setting Status Conference* [Docket No. 11].

**Procedural Background**

1.      The Debtor filed its petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code on April 21, 2026 (the "**Petition Date**").

2.      The Subchapter V trustee, James LaMontange, was appointed on April 23, 2026 [Docket No. 36].

**Debtor's History and Reorganization Strategy**

3.      The Debtor is a Maine nonprofit food business incubator and shared commercial manufacturing and processing facility focused on growing Maine's local food economy.  By providing entrepreneurs with workspace, equipment, resources, and access to locally sourced ingredients, the Debtor supports the growth of sustainable Maine-based food businesses.

---

[1] The last four digits of Fork Food Lab's federal taxpayer identification number are 6596, and its principal place of business is 95-97 Darling Avenue, South Portland, Maine.

4.      Now based at 95-97 Darling Avenue, South Portland, Maine (the "**Darling Property**"), the Debtor began operations in 2016 in Portland's West Bayside neighborhood and has hosted dozens of food business startups.  Its operating revenue is primarily generated from dues and other fees paid by its 80-plus members under various membership and similar agreements (the "**Membership Agreements**"), which members include consumer packaged goods, specialty food producers, mobile food units (food trucks, trailers, carts, etc.), bakeries, catering companies, prepared meal businesses, and more.  These food entrepreneurs, products, and services reflect the innovation and diversity of the Debtor's community, empowering a stronger local food ecosystem.

5.      In recent years, the Debtor navigated operating cash flow deficiencies through various donations, grants, short-term loans from friendly parties, and other sources of funds. Despite commendable efforts to achieve financial sustainability, the Debtor was unable to regularly pay its debt service obligations and sufficient rent to Fork Food Hub, L3C ("**Hub**"), which previously owned the Darling Property.  This resulted in Hub defaulting on its real estate loans with Norway Savings Bank ("**NSB**") in 2025.  Eventually, NSB noticed a foreclosure auction of the Darling Property, which was scheduled in January 2026.  However, in advance of that auction, Darling Fork, LLC ("**Darling Fork**"), reached an agreement with Hub and NSB to acquire the Darling Property and avoid the foreclosure.  As result of that transaction, which closed on or about January 26, 2026, Darling Fork now owns the Darling Property.

6.      Darling Fork was formed and funded by certain investors, lenders, and other parties who support the Debtor's mission and its long-term viability, including individuals who are also members and supporters of Fork Food Incubator L3C ("**Fork Incubator**").  Certain members of Darling Fork, in addition to other investors, committed funds through Fork Incubator to restructure and support the Debtor's business, including through the Chapter 11 case.  The general terms of

2

that support were set forth in a Restructuring Support Agreement (the "**RSA**"), and the RSA terms included debtor-in-possession financing and acquisition of the Debtor's assets used in the operation of its member business (the "**Member Business Assets**").

**Summary of Key Events in the Chapter 11 Case**

7.      Since the Petition Date, the following orders have been entered by the Bankruptcy Court, which have allowed the Debtor to settle successfully into Chapter 11 and continue its reorganization efforts:

(a)     *Order Authorizing Debtor to Pay Prepetition Employee Compensation and Related Obligations* [Docket No. 26];

(b)     *Order: (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; (II) Approving the Form of Adequate Assurance Proposed by the Debtor; and (III) Establishing Procedures for Resolving Certain Disputes Regarding Utilities* [Docket No. 67];

(c)     *Order Granting Application of the Debtor for Order Authorizing Employment of Bernstein, Shur, Sawyer & Nelson, P.A. as Counsel to the Debtor Effective as of the Petition Date* [Docket No. 77]; and

(d)     *Final Order: (I) Authorizing Debtor to Obtain Postpetition Financing; (II) Authorizing Use of Cash Collateral; (III) Granting Liens and Super-Priority Claims; and (IV) Granting Adequate Protection* [Docket No. 83].

8.      In addition, the Debtor has timely filed its Schedules and Statement of Financial Affairs [Docket No. 51] and its monthly small business operating reports.

9.      Finally, on May 11, 2026, the Debtor filed the *Plan of Reorganization of Fork Food Lab Dated May 11, 2026, with Incorporated Adequate Disclosures under § 1190(1) of the Bankruptcy Code* [Docket No. 70] (the "**Plan**").   The Bankruptcy Court has established the following schedule related to consideration of the Plan: (a) Confirmation Hearing: July 28, 2026, at 9:00 a.m.; (b) Voting Deadline: July 14, 2026; and (c) Objection Deadline: July 14, 2026.

10.     As reflected in the RSA, and as proposed through the Plan, the Debtor seeks to reorganize in the Chapter 11 case through: (a) the sale of the Member Business Assets to Fork

Incubator, and (b) retention of the Debtor's remaining grant business free and clear of liens, claims, and interests. As a result, upon emergence from Chapter 11, the Debtor will remain a Maine nonprofit corporation, but it will be debt-free and will exist primarily as a grant facilitator and educational nonprofit supporting Fork Incubator and the broader Maine food ecosystem.

11. The Debtor has worked closely with a number of parties regarding the terms of the RSA and Plan, including Fork Incubator, Darling Fork, Cooperative Fund of the Northeast, Inc., The Elmina B. Sewall Foundation, and many others. The Debtor will continue to work cooperatively with the Subchapter V trustee, creditors, and other interested parties in advance of the confirmation hearing—all in an effort to achieve timely confirmation of the Plan on a consensual basis.

Dated: June 2, 2026

Respectfully submitted,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

*/s/ Adam R. Prescott*
Adam R. Prescott, Esq.
100 Middle Street
PO Box 9729, Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
aprescott@bernsteinshur.com

Counsel to the Debtor and Debtor in Possession